IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEE R. BELL,

    Plaintiff,

v.                                CASE NO. 5:14-cv-0063-RS-GRJ

NURSE MIERS, and DR. LISA
HOLSTAT,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Defendant's Motion to Dismiss (Doc. 15) is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies before filing suit.

3. The Clerk is directed to close this case.

**ORDERED** on December 4, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**